1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FP HOLDINGS, L.C. d/b/a PALMS CASINO RESORT,

          Plaintiff(s),

v.

ZURICH AMERICAN INSURANCE COMPANY,

          Defendant(s).

2:12-CV-1823 JCM (NJK)

**ORDER**

        Presently before the court is defendant Zurich American Insurance Company's motion to dismiss. (Doc. # 6). Plaintiff FP Holdings filed a response in opposition (doc. # 7), and defendant filed a reply (doc. # 8).

        The motion became ripe while the case was before a different court in this district. Upon this case being reassigned to this court, the parties filed a motion to consolidate with another case before this court–*National Union Fire Insurance Company of Pittsburgh, PA v. Fiesta Palm LLC et al*, case number 2:11-cv-00598-JCM-GWF. The court granted the motion to consolidate.

        After the consolidation occurred, the parties in the base case, 2:11-cv-00598-JCM-GWF, moved the court to stay the action pending the resolution of a case before the Nevada Supreme Court. This court granted the stay.

. . .

1   The stay now moots the pending motion to dismiss.  The court denies the motion to dismiss
2   without prejudice.  The defendant in this case, Zurich American Insurance Company, may re-file its
3   motion to dismiss after the stay is lifted in the base case 2:11-cv-00598-JCM-GWF.
4   Accordingly,
5   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Zurich
6   American Insurance Company's motion to dismiss (doc. # 6) be, and the same hereby, is DENIED
7   as moot.
8   DATED July 11, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -